No. 135. Ex Parte Wilcox.—Petition by the National Surety Company for the cancellation of notarial bond. Decided March 4, 1912. Notary required to state whether or not he had ever acted as a notary and had a protocol.

No. 158. Ex Parte Acosta.—Petition by the National Surety Company for the cancellation of notarial bond. Decided March 4, 1912. Notary required to furnish new bond.

No. 303. Ex Parte Gibson.—Petition by the National Surety Company for the cancellation of notarial bond. Decided March 4, 1912. Notary required to furnish new bond.

No. 416. The People v. Burgos.—Appeal from the District Court of San Juan, Section 2. Petition that an appeal to the Supreme Court of the United States be allowed. Decided March 5, 1912. Appeal denied. *Mr. Manuel F. Rossy* for appellant. *Mr. Charles E. Foote, fiscal,* for respondent.

No. 825. Emmanuelli v. Gándara.—Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided March 5, 1912. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure as amended by Act of March 9, 1911, and rule 40 of this court. *Mr. Luis Freyre Barbosa* for appellant. *Mr. Emigdio S. Ginorio* for respondent.

No. 826. Alonso v. Maymi.—Appeal from the District Court of San Juan, Section 2. Motion to dismiss appeal. Decided March 5, 1912. Appeal dismissed for the reason that the decision appealed from has the character of a special order made after final judgment and, furthermore, because the appeal was not taken within the 10 days provided in paragraph 3 of section 295 of the Code of Civil Procedure. *Mr. Manuel F. Rossy* for appellant. *Mr. E. B. Wilcox* for respondent.